Rel: June 14, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0523

Randolph Clay Cooper and Lisa Straka Cooper v. Rebecca Cooper Bonner, individually, in her capacity as trustee of the Nolan P. Cooper, Jr., Unified Credit Trust, and in her capacity as successor trustee of the Carol Evans Cooper Revocable Living Trust; David Bonner; and Garland Terrance Cooper (Appeal from Baldwin Circuit Court: CV-19-901445).

PARKER, Chief Justice.

    AFFIRMED. NO OPINION.

    See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

    Shaw, Wise, Bryan, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.